Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
10605 Balboa Blvd., Suite 265
Granada Hills, CA 91344
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,            )
                                           )
            Plaintiff,      vs.            )     Case No.: 2:08-cv-03422-WDK-FMO
                                           )
VALENTIN G. JIMENEZ, et al,                )
                                           )     **CLERK'S RENEWAL OF JUDGMENT**
            Defendant,                     )
_____    )

 Based upon the application for renewal of the judgment of the original judgment, and pursuant

to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing

therefore,

    Judgment in favor of Plaintiff, J & J SPORTS PRODUCTIONS, INC., and against

Defendant, Valentin G. Jimenez, individually and d/b/a Dynasty Club, entered on March 31,

2009, be and the same is hereby renewed in the amounts as set forth below:

        Renewal of money judgment

            a.  Total judgment                      $    4,594.50

            b.  Costs after judgment                $    00.00

            c.  Subtotal *(add a and b)*            **$   4594.50**

            d.  Credits                             $    00.00

            e.  Subtotal *(subtract d from c)*      **$   4594.50**

            f.  Interest after judgment             $    268.00

            g.  Fee for filing renewal of application   $    00.00

            **h.**  Total renewed judgment (add e, f and g)  $   **4,863.40**

Dated: February 19, 2019            *Sharon Hall Brown*
                                    Sharon Hall-Brown, Deputy Clerk

KIRY K GRAY, CLERK OF COURT

- 1-

Renewal of Consent Judgment